```
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
```

| | | |
|---|---|---|
| ALPHONZA LEONARD PHILLIP THOMAS-BEY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 1:19CV692 |
| UNITED STATES, | ) ) | |
| Defendant. | ) ) | |

## **ORDER**

On October 30, 2019, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. Plaintiff filed a Notice (Doc. 19), Objections (Doc. 21), and an Appendix (Doc. 22) within the time limit prescribed by Section 636.[1]

The court has reviewed Plaintiff's filings *de novo* and finds that they do not change the substance of the United States Magistrate Judge's Recommendation (Doc. 17), which is affirmed and adopted.

IT IS THEREFORE ORDERED that this action is DISMISSED pursuant to 28 U.S.C. § 1915A for being frivolous and failing to state a claim.

---

[1] Plaintiff is cautioned not to file documents on the public record containing sensitive confidential information such as social security numbers, driver's license information, and birth certificate information.

IT IS FURTHER ORDERED that Plaintiff's Request for Entry of Default (Doc. 4), Request for Writ of Execution/Aid (Doc. 6), Request that the U.S. Court take Judicial Notice (Doc. 8), Request for Order of Life Time Injunction & Restraining (Doc. 11), and Request for Summary Judgment (Doc. 14) are DENIED.

                                              /s/   Thomas D. Schroeder
                                      United States District Judge

December 30, 2019